065819

ORIGINAL

RECEIVED
DEC 11 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

06-844 T

Plaintiff(s) or Petitioner(s)

Austin Investment Fund, LLC, Ricobene, LLC, Tax Matters Partner

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Edward M. Robbins
Sharyn M. Fisk

Firm Name: Hochman, Salkin, Rettig, Toscher & Perez

Post Office Box:

Street Address: 9150 Wilshire Blvd., Suite 300

City-State-Zip: Beverly Hills, CA 90212

Telephone & Facsimile Numbers: (310) 281-3200 & (310) 859-1430

Is the attorney of record admitted to the Court of Federal Claims Bar? [X] Yes [ ] No

Does the attorney of record have a Court of Federal Claims ECF account? [ ] Yes [X] No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 2 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Austin Investment Fund, LLC

Agency Identification Code: T R E

See attached sheet for three-digit codes

Amount Claimed: $ 2,000.00

Use estimate if specific amount is not pleaded

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? [ ] Yes [X] No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? [ ] Yes [ ] No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? [ ] Yes [X] No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.