***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| AUSTIN INVESTMENT FUND, LLC, RICOBENE, LLC, TAX MATER PARTNERS | ) | |
| Plaintiff | ) | |
| v. | ) | No. 06-844 T (Judge Thomas C. Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert J. Higgins, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert J. Higgins, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: December 20, 2006

s/Robert J. Higgins
Robert J. Higgins, Esquire
United States Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6580
Fax: (202) 514-9440
Robert.J.Higgins@usdoj.gov