***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, et al

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, defendant, the United States, moves for a 31-day enlargement of time, from February 9, 2007, through March 12, 2007, within which to answer or otherwise respond to the complaint filed in this case. This is the first enlargement of time defendant has requested for this purpose. Counsel for plaintiffs advised defendant's counsel on January 18, 2007, that he has no objection to the allowance of this motion.

As good cause for this motion, defendant states that the Internal Revenue Service has not yet provided the Tax Division, Department of Justice with the administrative files associated with the plaintiffs' complaint for readjustment of partnership items under 26 U.S.C. § 6226 or its recommendation on how to respond to plaintiffs' complaint. The Department of Justice needs to receive these items and consider them before preparing an answer or other response to plaintiffs' complaint.

WHEREFORE, the defendant prays that this Court grant this unopposed motion for enlargement of time to answer or otherwise respond to plaintiffs' complaint.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/Steven I. Frahm
Of Counsel

January 19 , 2007