# In the United States Court of Federal Claims

No. 06-844T

(Filed: May 18, 2007)

****************************************** *
*
AUSTIN INVESTMENT FUND, LLC, *
by and through its Tax Matters Partner, *
RICOBENE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

PRELIMINARY SCHEDULING ORDER

On May 17, 2007, the Court held a Preliminary Scheduling Conference with counsel for parties, during which the parties agreed to the following schedule for future proceedings in this case:

1. The parties shall have 31 days, to and including June 18, 2007, to resolve any disagreement concerning jurisdictional issues in the case. Should the parties fail to reach such an agreement, Defendant shall have until July 5, 2007 to file a motion to dismiss.

2. Fact Discovery shall close on June 1, 2008;

3. Plaintiff shall disclose the identity of its expert witnesses and their expert reports by July 1, 2008;

4. Defendant shall depose Plaintiff's expert witnesses by August 1, 2008;

5. Defendant shall disclose the identity of its expert witnesses and their expert reports by September 1, 2008;

6. Plaintiff shall depose Defendant's expert witnesses by October 1, 2008;

7. Plaintiff and Defendant shall disclose their rebuttal expert reports, if any, by November 1, 2008;

8. Plaintiff and Defendant shall depose the opposing party's rebuttal expert witnesses, if any, by November 15, 2008;

9. All Discovery shall close on December 1, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge