# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and the**<br>**INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | **DOCKET NO. 06-844T** |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO SEAL ORIGINAL COMPLAINT

The Complainant hereby moves that the Court seal the original Complaint and allow Complainant to file the Amended Complaint being lodged concurrently herewith.

IN SUPPORT THEREOF, Complainant respectfully shows unto the Court:

(1) A timely Complaint was filed with the Court in the above-captioned case.

(2) The Complaint inadvertently included the name and Social Security number of an individual taxpayer at paragraph (8) of the Complaint.

(3) The data in paragraph (8) of the Complaint is not required or necessary for the Complaint.

(4) The taxpayer wishes, for privacy purposes, for the name and Social Security number to be removed from public view and to have the original Complaint sealed.

(5) The paragraph numbering and the pagination of the Amended Complaint do not differ

from the original Complaint.

(6) Counsel for the United States of America does not object to this motion.

(7) A proposed Order is lodged concurrently herewith, both granting this Motion and deeming the United States of America to have answered the Amended Complaint, thereby relieving the opposing counsel of the need to file an Amended Answer.

WHEREFORE, it is prayed that this Motion be granted.

DATED: June 4, 2007

Respectfully submitted,

/S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR.

/S/ SHARYN M. FISK
SHARYN M. FISK

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Tel: (310) 281-3200
Fax: (310) 859-1430

Counsel for Complainant

270302.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On June 5, 2007, I served the foregoing document described as **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO SEAL ORIGINAL COMPLAINT** addressed as follows:

Robert J. Higgins
U.S. Department of Justice
Tax Division, Claims Court Section
P. O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: robert.j.higgins@usdoj.gov

X **(BY ELECTRONIC MAIL)** I caused to be delivered by email to the email address(es) of the interested parties noted above.

X **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mailat Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2007, at Beverly Hills, California.

/S/JESSICA CRENSHAW
JESSICA CRENSHAW