**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and the**<br>**INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | **DOCKET NO. 06-844T**<br><br>**[PROPOSED] ORDER** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that

(1) Complainant's motion to allow it to file an Amended Complaint is granted;

(2) Complainant's original Complaint shall be sealed.

(3) The United States is deemed to have answered the Amended Complaint.

IT IS SO ORDERED.

Dated: June __, 2007

HONORABLE THOMAS C. WHEELER
United States Court of Federal Claims Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On June 5, 2007, I served the foregoing document described as **[PROPOSED] ORDER** addressed as follows:

Robert J. Higgins
U.S. Department of Justice
Tax Division, Claims Court Section
P. O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: robert.j.higgins@usdoj.gov

__X__ **(BY ELECTRONIC MAIL)** I caused to be delivered by email to the email address(es) of the interested parties noted above.

__X__ **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mailat Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2007, at Beverly Hills, California.

/S/ JESSICA CRENSHAW
JESSICA CRENSHAW