# In the United States Court of Federal Claims

No. 06-844T

(Filed: June 7, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| AUSTIN INVESTMENT FUND, LLC, | * |
| by and through its Tax Matters Partner, | * |
| RICOBENE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On June 5, 2007, Plaintiff filed an unopposed motion for leave to file an amended complaint and to seal the original complaint in this case. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the Clerk of the Court is directed to seal Plaintiff's original complaint filed December 11, 2006. The amended complaint submitted with Plaintiff's June 6, 2007 motion is deemed filed June 6, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge