**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AUSTIN INVESTMENT FUND, LLC,**
**RICOBENE LLC,**
**TAX MATTERS PARTNER,**

**Complainant,**

**v.**

**UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE,**

**Defendants.**

**DOCKET NO. 06-844T**

**AMENDED COMPLAINT FOR READJUSTMENT OF PARTNERSHIP ITEMS UNDER INTERNAL REVENUE CODE SECTION 6226**

The Complainant hereby amends its petition for readjustment of partnership items set forth by the Commissioner of Internal Revenue in his Notice of Final Partnership Administrative Adjustment ("FPAA") for Austin Investment Fund, LLC, (the "Partnership") [Letter 1830 (DO) (Rev. 3-2001)] dated September 12, 2006, with respect to the Tax Year ended December 31, 2002, and, as the basis for its complaint in this action, alleges as follows:

(1) This Court has jurisdiction over this matter pursuant to 26 U.S.C. 6226 and 28 U.S.C. 1508, which grant this Court jurisdiction over a petition for a readjustment of the partnership items.

(2) The Partnership is a limited liability corporation with a taxpayer identification number of 94-3405500.

(3) Pleader, Ricobene LLC, is the Tax Matters Partner of the Partnership.

(4) Ricobene LLC's legal address is 1408 Elizabeth Lane, Glenview, IL 60025.

(5) Ricobene LLC's taxpayer identification number is 54-2061210.

(6) Ricobene LLC's principal place of business is in Illinois.

(7) Ricobene LLC is owned 100% by Mr. and Mrs. Philip G. Groves.

(8) Intentionally left blank.

(9) The return for the Tax Year ended December 31, 2002, the period here involved, was filed with the Office of Internal Revenue at Ogden, California.

(10) A deposit totaling $2,000 was made by Philip G. Groves on behalf of Complainant on December 11, 2006, via hand delivery to the Internal Revenue Service at 225 West Broadway, 2nd Floor, Glendale, California, 91204.

(11) The FPAA, a copy of which is attached and marked EXHIBIT 1, was mailed to the Complainant on September 12, 2006, and was issued by the Office of the Internal Revenue Service at Seattle, Washington.

(12) The adjustments for the Tax Year ended December 31, 2002, as determined by the Commissioner, are based upon the following errors:

(a) For the Tax Year ended December 31, 2002, the Commissioner erred in adjusting the amount of Complainant's Other Costs by $159,293, pursuant to said FPAA.

(b) For the Tax Year ended December 31, 2002, the Commissioner erred in adjusting the amount of Complainant's Other Deductions by $32,972,844, pursuant to said FPAA.

(c) For the Tax Year ended December 31, 2002, the Commissioner erred in asserting an accuracy-related penalty under IRC Section 6662 as determined in said FPAA.

(13) The facts upon which Complainant relies as the basis of this proceeding are as follows:

(a) For the Tax Year ended December 31, 2002, Complainant correctly reported the amount of Other Costs on the return.

(b) For the Tax Year ended December 31, 2002, Complainant correctly reported the amount of Other Deductions on the return.

(c) For the Tax Year ended December 31, 2002, assuming some or all of the Commissioner's adjustments are correct, there was reasonable cause for the Complainant's positions and the Complainant acted in good faith.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Complainant prays that this Court may hear its case and determine that there are no adjustments to the Complainant's tax return for the Tax Year ended December 31, 2002, there is no basis for asserting an accuracy-related penalty against Complainant under IRC Section 6662, and grant to Complainant such other and further relief as the Court deems appropriate.

DATED: June 4, 2007

Respectfully submitted,

/S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR.

/S/ SHARYN M. FISK
SHARYN M. FISK

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Tel: (310) 281-3200
Fax: (310) 859-1430

Counsel for Complainant

# PROOF OF SERVICE

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On June 5, 2007, I served the foregoing document described as **AMENDED COMPLAINT FOR READJUSTMENT OF PARTNERSHIP ITEMS UNDER INTERNAL REVENUE CODE SECTION 6226** addressed as follows:

Robert J. Higgins
U.S. Department of Justice
Tax Division, Claims Court Section
P. O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: robert.j.higgins@usdoj.gov

__X__ **(BY ELECTRONIC MAIL)** I caused to be delivered by email to the email address(es) of the interested parties noted above.

__X__ **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mailat Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2007, at Beverly Hills, California.

/S/JESSICA CRENSHAW
JESSICA CRENSHAW

Austin_AmComp.wpd