IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# ANSWER TO AMENDED COMPLAINT

COMES NOW the defendant, the United States of America, in answer to the amended complaint in the above-captioned case and respectfully denies each and every allegation contained in the complaint that is not expressly admitted or otherwise expressly addressed below.[1]

The United States further:

1. States that if jurisdiction exists for this action it must arise under 26 U.S.C. § 6226(e) and 28 U.S.C. § 1508; but denies that jurisdiction exists here as the plaintiff has not satisfied, to date, the jurisdictional deposit requirements of § 6226(e), Treas. Reg. § 301.6226(e)-1, and § 6231(a)(10) (defining "indirect partner").

[1] This amended complaint was deemed filed on June 6, 2007, pursuant to the Court's order of June 7, 2007, but appears on this case's docket as filed on June 14, 2007.

2. Admits the allegation regarding the tax identification number of Austin Investment Fund, LLC, and states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 2.

3. States that "Ricobene LLC" is identified as the tax matters partner on the 2002 Form 1065 of Austin Investment Fund LLC and states further that the name on the Form 1065 for 2002 for that entity is stated as "Ricobene I, LLC." (See Attached Exhibit 1.)

4. Admits that the address stated in paragraph 4 for Ricobene LLC is the address set forth for Ricobene LLC in the Notice of Final Partnership Administrative Adjustment but states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegation in paragraph 4 that this address is Ricobene's "legal address."

5. States that the alleged taxpayer identification number is for "Ricobene I." (See Attached Exhibit 1).

6. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraphs 6.

7. States that the K-1 issued by Ricobene I, LLC, for the taxable year 2002 indicates that at the end of that taxable year, Philip G. Groves did not directly own any interest in Ricobene I but owned an interest through Distressed Asset Consulting LLC.

8. This paragraph is left blank and therefore no response is required.

9. Admits the allegations in paragraph 9.

10. States that the Internal Revenue Service's records for Philip G. Groves indicate a payment as of December 12, 2006, in the amount alleged, but states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 10.

11. Admits the allegations in paragraph 11.

12. Denies that any of the errors in alleged in paragraph 12, parts (a) through (c) were committed.

13. Denies the allegations in paragraph 13, parts (a) through (c).

WHEREFORE, the defendant prays that the Court sustain the determinations set forth in the Notice of Final Partnership Administrative Adjustment, that costs be taxed against the plaintiff, and that the Court award the United States of America such other and further relief as the Court deems appropriate, including costs

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven Frahm
Of Counsel

June 20, 2007

1726530529900 3

Form **1065** Department of the Treasury Internal Revenue Service
**U.S. Return of Partnership Income** **2002**
► See separate instructions.

IRS use only — Do not write or staple in this space.

For calendar year 2002, or tax year beginning , 2002, and ending , 20 OMB No.1545-0099

| | | | |
|---|---|---|---|
| A Principal business activity<br>MANAGEMENT | Use the IRS label. Otherwise, print or type. | RICOBENE I, LLC<br>1408 ELIZABETH LANE<br>GLENVIEW, IL 60025 | D Employer identification number<br>54-2061210 |
| B Principal product or service<br>HOLDING CO. | | | E Date business started<br>12/01/2002 |
| C Business code number<br>551112 | | | F Total assets (see instrs)<br>$ |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 3

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | |
| 1c | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) SEE STATEMENT 1 | 4 | -1,562. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| 7 | Other income (loss) (attach schedule) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | -1,562. |
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| 16c | | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach schedule) | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | -1,562. |

INTERNAL REVENUE SERVICE RECEIVED OCT 20 2003 BATCHING UNIT COVINGTON, KY 169

PHOTO COPY DO NOT PROCESS

FOR REC CTR USE: ☐ Other ☐ Wrong ☐ Block M ☐ Docume ☐ Julian C Reason: ☐ Reques Formula POD-Grou DOCL Unit Division Name and Name or o ☐ UA (Do ☐ NIF (re 9. For File

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Sign Here ► [signature] CPA ► 10/10/03
Signature of general partner or limited liability company member — Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☐ Yes ☐ No

| Paid Preparer's Use Only | | | |
|---|---|---|---|
| Preparer's signature | [signature] | Date 10/10/2003 | Check if self-employed ► ☐ — Preparer's SSN or PTIN P00363671 |
| Firm's name (or yours if self-employed), address, and ZIP code | NAVIAUX, DUBOW & HARRIS LLC<br>53 WEST JACKSON BLVD. SUITE 1610<br>CHICAGO, IL 60604-3747 | | EIN ► 65-1164012<br>Phone no. 312.461.0876 |

BAA For Paperwork Reduction Act Notice, see separate instructions. PTPA0105L 12/27/02 Form **1065** (2002)

EXHIBIT 1 TO AMENDED ANSWER
06-20-2007