IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO ADVISE
COURT OF DEPOSIT ISSUE STATUS

COMES NOW the defendant, the United States of America, and hereby moves for leave to advise the Court of the status of the jurisdictional deposit issue referenced in paragraph 1 of the Court's order of May 18, 2007.

Section 6226(e)(1), Internal Revenue Code of 1986, as amended (26 U.S.C.), and Treas. Reg. § 301.6226(e)-1, require the partner bringing an action in District Court or the Court of Federal Claims to make a deposit with the Secretary of the Treasury,

> on or before the day the petition is filed, the amount
> by which the tax liability of the partner would be increased
> if the treatment of the partnership items on the partner's
> return were made consistent with the treatment of
> partnership items on the partnership return, as adjusted
> by the final partnership administrative adjustment.
>
> § 6226(e)(1)

The same section provides that,

> The court may by order provide that the jurisdictional requirements of this paragraph are satisfied where there has been a good faith attempt to satisfy such requirements and any shortfall in the amount required to be deposited is timely corrected.

*Id.*

The parties have agreed that there has been a good faith effort to satisfy the requirements of § 6226(e)(1) and the plaintiff will make an additional deposit with the Internal Revenue Service by July 18, 2007. The amount of the additional deposit will be approximately $35,000, bringing the total deposit to approximately $37,000. The amended complaint alleges an initial deposit of $2,000 and the answer to the amended complaint acknowledges receipt of the $2,000 by the Internal Revenue Service.

Following the additional deposit being made, the parties agree that the jurisdictional requirements of § 6226(e)(1) have been satisfied.

WHEREFORE, the defendant prays that the Court grant this Motion for Leave to Advise Court of Deposit Issue Status.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven Frahm
Of Counsel

June 27, 2007