# In the United States Court of Federal Claims

**06-844T**

**Filed: August 13, 2007**

**AUSTIN INVESTMENT FUND, LLC**
**RICOBENE LLC**
**TAX MATTERS PARTNER**

**v.**

**THE UNITED STATES**

**Motion for Permission to file a Notice of Election to participate pursuant to Appendix F, Rule 4(b) and (c)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.