IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO CORRECT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PAPERS FILED BY INTERVENERS BRUCE ELIEFF AND KATHY ABRAHAMSON

COMES NOW the defendant, the United States of America, and hereby moves for leave of Court to correct the Motion for Enlargement of Time to Respond to Papers Filed by Interveners Bruce Elieff and Kathy Abrahamson filed on August 16, 2007. Docket Entry # 19.

Said motion seeks an enlargement of time, pursuant to RCFC 6.1, to respond papers received from Bruce Elieff and Kathy Abrahamson on August 3, 2007. The text of the motion identified the following documents: (1) Motion to Intervene Pursuant to Rule 24(b), (2) Memorandum of Points and Legal Authorities in support of said motion, and (3) Motion for Permission to File a Notice of Election to Participate Pursuant to

Appendix F, Rule 4(b) and (c). The text of the motion did not identify an additional document provided by Elieff and Abrahamson, a Motion to Intervene Pursuant to Rule 24(a). This motion apparently is Docket Entry No. 17 (the text is not yet available on Pacer). The motion for enlargement was intended to encompass all the papers provided by Elieff and Abrahamson on August 3, 2007, including the Motion to Intervene Pursuant to Rule 24(a). The ECF filing by the defendant made this clear by referencing all the docket entries pertaining to the papers from Elieff and Abrahamson entered on the docket on August 14, 2007.

WHEREFORE, the defendant prays that the Court grant this Motion for Leave to Correct the Motion for Enlargement of Time filed on August 16, 2007, and include in any enlargement of time granted the same enlargement of time for a response to the Motion to Intervene Pursuant to Rule 24(a).

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

August 17, 2007