IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

---

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

RESPONSE TO PAPERS FILED BY INTERVENERS
BRUCE ELIEFF AND KATHY ABRAHAMSON

---

COMES NOW, the defendant, the United States of America, and hereby responds to the papers filed by interveners Bruce Elieff and Kathy Abrahamson.

The United States notes that the interveners' notice of election is untimely pursuant to Appendix F, Rule 4(b), but take no position with respect to the merits of the papers filed by the interveners and the relief requested.

The United States is advised by counsel for the plaintiff, the tax matters partner Ricobene LLC, that the plaintiff does not intend to respond to the papers filed by the interveners.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580
Fax (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven Frahm
Of Counsel

August 27, 2007