# In the United States Court of Federal Claims

No. 06-844T

(Filed: September 14, 2007)

******************************************* *
*
AUSTIN INVESTMENT FUND, LLC, *
by and through its Tax Matters Partner, *
RICOBENE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

ORDER

On August 13, 2007, Bruce Elieff and Kathy Abrahamson (collectively "Elieff") filed a Motion to Intervene in the above-captioned case, pursuant to Rule 24 of the Court. In its Reply filed on September 14, 2007, counsel for Elieff represented that Plaintiff and Defendant have no objection to the granting of this motion, and the grounds for the motion otherwise are meritorious. Accordingly, and for good cause shown, Elieff's motion is GRANTED, and Elieff shall henceforth be identified as "Plaintiff-Intervenor" in this action.

Elieff, as an Intervenor, shall adhere to the same discovery schedule as Plaintiff, pursuant to the Court's May 18, 2007 Scheduling Order. The Court directs counsel for Plaintiff-Intervenor to include the name of the Judge on all future pleadings, pursuant to Rule 5.3(g) of this Court. All pleadings in this case henceforth must be filed electronically.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge