# In the United States Court of Federal Claims

**06-844T**

**Filed: September 14, 2007**

**AUSTIN INVESTMENT FUND, LLC**
**RICOBENE LLC,**
**TAX MATTERS PARTNER**

**v.**

**THE UNITED STATES**

**THE ELIEFF REPLY TO MOTION TO INTERVENE**
**PURSUANT TO RULE 24(b)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.