IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

Plaintiff,

and

BRUCE ELIEFF AND KATHY ABRAHAMSON,

Plaintiff-Intervenor,

v.

THE UNITED STATES,

Defendant.

UNITED STATES' RESPONSE TO PLAINTIFF-
INTERVENOR'S MOTION FOR ENLARGEMENT OF
FACT DISCOVERY FOR ALL PARTIES

COMES NOW the defendant, the United States of America, and hereby responds to plaintiff-intervenor's motion, filed January 24, 2008 [Docket No. 27], to enlarge the period for fact discovery for four months, from June 1, 2008, until October 1, 2008.

The Court's scheduling order of May 18, 2007 [Docket No. 9], also provides deadlines to complete expert discovery, including expert depositions, by December 1, 2008. The United States does not oppose an enlargement of four months for fact discovery, but believes that if

such an enlargement is granted, the period for expert discovery should also be extended, or the defendant will be prejudiced.

The United States has cooperated with both the plaintiff-intervenor (Elieff) and the plaintiff (Ricobene) by granting their requests for additional time to respond to the United States' first request for production of documents. These requests were served on October 5, 2007, almost four months ago. Neither party has yet provided documents, though plaintiff's response is expected shortly. The apparent conflicts between the plaintiff and plaintiff-intervenor, and conflicts with former counsel, as described in the plaintiff-intervenor's motion put the United States in an awkward position. The United States hopes that these conflicts can be resolved and discovery can proceed expeditiously. The United States also is willing to agree to the additional enlargement plaintiff-intervenor is now requesting, but the enlargement should not limit the United States' opportunity to complete necessary discovery, including expert discovery. To prevent such harm to the United States' efforts to prepare a proper defense in this litigation, the period for expert discovery should be enlarged by an equivalent four-month period, through April 1, 2009.

The United States, therefore, does not oppose plaintiff-intervenor's motion for enlargement of the fact discovery period as long as the period for expert discovery is also extended.

Respectfully submitted,

s/Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580; Fax (202) 514-9440

JOHN A. DICICCO
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief
Court of Federal Claims Section

s/Steven Frahm
Of Counsel

January 28, 2008