**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER**,<br><br>**Complainant,**<br><br>v.<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 06-844T |

**PLAINTIFF-INTERVENOR'S REPLY TO UNITED STATES' RESPONSE TO PLAINTIFF-INTERVENOR'S MOTION FOR ENLARGEMENT OF FACT DISCOVERY FOR ALL PARTIES**

On or about January 24, 2008, Plaintiff-Intervenor filed a "Motion To Extend The Discovery Cut-Off Deadline." On or about January 29, 2008, the Defendant filed a response indicating that the Defendant does not object to Plaintiff-Intervenor's motion. However, the Defendant indicated that the period for expert discovery should also be extended. Plaintiff-Intervenor has no objection to the extension of expert discovery deadlines.

Dated: February 4, 2008

Respectfully Submitted,

s/E.O.C. Ord____________

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
(415) 274-3800
Counsels for Elieff

T:\Clients\7067\Claims Court\motion to extend di deadline - reply.doc