# In the United States Court of Federal Claims

No. 06-844T

(Filed: February 5, 2008)

******************************************* *
*
AUSTIN INVESTMENT FUND, LLC, *
by and through its Tax Matters Partner, *
RICOBENE LLC, *
*
Plaintiff, *
*
and *
*
BRUCE ELIEFF AND KATHY ABRAHAMSON, *
*
Plaintiff-Intervenor, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************** *

AMENDED SCHEDULING ORDER

On January 24, 2008, Plaintiff-Intervenor filed with the Court an unopposed motion to extend the discovery deadline in this case, by four months. For good cause shown, Plaintiff-Intervenor's motion is GRANTED. Accordingly:

1. Fact discovery shall close on October 1, 2008;

2. Plaintiff shall disclose the identity of its expert witnesses and their expert reports by November 3, 2008;

3. Defendant shall depose Plaintiff's expert witnesses by December 1, 2008;

4. Defendant shall disclose the identity of its expert witnesses and their expert reports by January 2, 2009;

5. Plaintiff shall depose Defendant's expert witnesses by February 2, 2009;

6. Plaintiff and Defendant shall disclose their rebuttal expert reports, if any, by March 2, 2009;

7. Plaintiff and Defendant shall depose the opposing party's rebuttal expert witnesses, if any, by March 16, 2009;

8. All discovery shall close on April 1, 2009.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge