IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>v.<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | ) | Docket No. 06-844T<br>Judge Thomas C. Wheeler |

**DECLARATION OF E.O.C. ORD IN SUPPORT OF PLAINTIFF-INTERVENORS' MOTION FOR A PROTECTIVE ORDER**

I, E.O.C. ORD, do hereby declare and state:

1. I am a licensed attorney in good standing with the State of California.

2. I conferred with Robert Higgins, Defendants' counsel, in 2007 in a good faith attempt to resolve the matter without resorting to the filing of this motion. Mr. Higgins stated that the Defendants would oppose a motion excluding the legal files created years later. However, Mr. Higgins did agree that Plaintiff-Intervenor ("Elieff") need not produce any document previously provided to the Internal Revenue Service.

3. This firm was retained in or about late April 2007. The Hochman firm was engaged on or about February 9, 2006.

4. When this firm was retained to represent Elieff, I sought to obtain records from Altheimer & Gray, which was retained by Elieff to provide a tax opinion as to the transaction at issue. I learned that Altheimer & Gray declared bankruptcy. I contacted the bankruptcy trustee

to request a copy of Elieff's file. I was informed by the bankruptcy trustee that the files had been destroyed.

5. The Tax Matters Partner for Austin Investment Funds, LLC has refused to provide copies of relevant documents to Elieff, including copies of documents that were provided to the Defendants pursuant to the Defendants' document production request to the Plaintiff. See true and correct copies of letters dated January 24, 2008 and February 4, 2008 to Robert Higgins indicating that no enclosures were provided to my office and attached as Appendices A and B, respectively, which I as the custodian of records received and maintained in the ordinary course of business.

I declare based on personal knowledge under penalty of perjury of the U.S. Code that the foregoing is true and correct.

Executed on February 29, 2008.

/s/ E.O.C. Ord________________
E.O.C. ORD