ReedSmith
Sachnoff & Weaver

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
312.207.1000
Fax 312.207.6400

J. Richard Madamba
Paralegal
Direct Phone: 312.207.6418
Email: rmadamba@reedsmith.com

January 24, 2008

**VIA UNITED PARCEL SERVICE**

Robert J. Higgins, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

**Re: *Austin Investment Fund, LLC, et al. v. United States*, No. 06-844 T (Fed. Cl.)**

Dear Mr. Higgins:

Enclosed please a copy set of documents bearing the production range of A 000001 through A 001949. These documents are being produced as responsive to the United States' First Request to Plaintiff for Production of Documents in the above-referenced matter. Pursuant to the voicemail message David Lieberman left you this afternoon, I'm also enclosing a copy of the invoice from the copy vendor which was used for this production.

Sincerely,

J. Richard Madamba

Enclosures

cc: David E. Lieberman, Esq. (w/o encls.)
E. O. C. Ord, Esq. (w/o encls.)

ReedSmith
Sachnoff & Weaver

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
312.207.1000
Fax 312.207.6400

J. Richard Madamba
Paralegal
Direct Phone: 312.207.6418
Email: rmadamba@reedsmith.com

February 4, 2008

**VIA UNITED PARCEL SERVICE**

Robert J. Higgins, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

**Re: *Austin Investment Fund, LLC, et al. v. United States*, No. 06-844 T (Fed. Cl.)**

Dear Mr. Higgins:

Enclosed please a CD-R bearing the production number A 001950. The files on the CD-R are being produced as responsive to the United States' First Request to Plaintiff for Production of Documents in the above-referenced matter.

Sincerely,

J. Richard Madamba

Enclosure

cc: David E. Lieberman, Esq. (w/o encl.)
Sharyn M. Fisk, Esq. (w/o encl.)
E. O. C. Ord, Esq. (w/o encl.)

FEB 21 2008