**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,** | ) | |
| **RICOBENE LLC,** | ) | |
| **TAX MATTERS PARTNER**, | ) | |
| | ) | Docket No. 06-844T |
| **Complainant,** | ) | Judge Thomas C. Wheeler |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA and** | ) | |
| **the INTERNAL REVENUE SERVICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ______________________________________ | ) | |

**[PROPOSED] ORDER**

IT IS ORDERED that:

The Document Production Request exclude the legal files of the Ord and Norman and Hochman firm for 2004 and thereafter, except for transactional documents or related correspondence concerning the 2002 investment that were generated before 2004 that have not been produced to the Internal Revenue Service.

Dated: March ____, 2008

____________________________
THOMAS C. WHEELER
JUDGE, U.S. COURT OF FEDERAL CLAIMS

T:\Clients\7067\Claims Court\motion - protective order ORDER.doc