IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

---

AUSTIN INVESTMENT FUND, LLC, by and
through its Tax Matters Partner,
RICOBENE LLC,

                                      Plaintiff,

and

BRUCE ELIEFF AND KATHY ABRAHAMSON,

                                      Plaintiff-Intervenor,

v.

THE UNITED STATES,

                                      Defendant.

---

UNITED STATES' FIRST REQUEST TO PLAINTIFF-
INTERVENOR FOR PRODUCTION OF DOCUMENTS
OCT - 5 2007

COMES NOW the defendant, the United States of America, pursuant Fed. R. Civ. P. 26 and 34, and hereby requests the plaintiff-intervenor to respond to this first request for production of documents by November 6, 2007. In lieu of producing the originals of such responsive documents, copies of such documents may be delivered to Robert J. Higgins by November 6, 2007, at his office address, 555 4th Street, N.W., Room 8816, Washington, D.C. 20001.

Scope. The plaintiff-intervenor is respectfully reminded that a party must include in its response to a production request any document which is within the party's custody or control or reasonably available to the party, the party's attorney or any other source from whom it may


GOVERNMENT EXHIBIT A

Brewley, 8/00B

reasonably be secured. *Micron Technology, Inc. v. Tessera, Inc.*, 2006 WL 1646133, N.D. Cal., June 14, 2006 (Slip copy). These production requests are directed to the plaintiff-intervenor. *See Judge Wheeler's Order of September 14, 2007.*

Definitions: These definitions are incorporated by reference here.

1. Plaintiff: Ricobene, LLC, Tax Matters Partner of Austin Investment Fund, LLC, for the tax year beginning December 1, 2002, and ending December 31, 2002.

2. Plaintiff-Intervenor: Pursuant to the Court's Order of September 14, 2007, "Bruce Elieff and Kathy Abrahamson (collectively "Elieff")."

3. Chenery Management, Inc.: the Tax Matters Partner for Austin Investment Fund LLC for the tax year beginning January 1, 2002, and ending November 30, 2002.

4. Documents: All references to "documents" are to be liberally construed to include all originals, microfiche copies, copies maintained on computer disks, copies and nonidentical copies (whether by reason of handwritten notations thereon or otherwise) of correspondence, electronic mail (e-mail), contracts, brochures, agreements, deeds, leases, letters, memoranda, checks, bank statements, reports, records, corporate minutes, financial statements, and all other types of written or documentary materials.

5. The terms "Possession", "Custody", or "Control" include actual and constructive possession, custody, or control. The Document Requests thus include any document or thing that the plaintiff-intervenor possesses or has the right to obtain from a third party upon demand, or which may be secured from any other source for the purpose of fully responding to such request, including attorneys, accountants or other agents.

Claims of Privilege: If plaintiff-intervenor declines to produce any document in response to any of the requests set forth below, please provide a privilege log or other information

sufficient to properly assert privilege at the same time as other responsive documents are provided or in time to avoid waiver of the asserted privilege. *See Burlington Northern & Santa Fe Railway Co. v. United States District Court for the District of Montana*, 408 F.3d 1142 (9th Cir. 2005); Fed. R. Civ. P. 26(b)(5); 34.

## REQUESTS FOR PRODUCTION

1. All documents describing, executing, accomplishing, concerning or relating to the termination of Bulldog Investment Fund LLC on December 20, 2002, as alleged to have occurred in the "Technical Termination Statement" attached as Gov't Prod. Req. No. 1, Exhibit 1 to these requests for production.

2. All documents describing, executing, accomplishing, concerning or relating to the alleged December 20, 2002, sale of a 98% interest in the capital and profits of Bulldog Investment Fund LLC by Changchun Holdings LLC to Bruce Elieff (plaintiff-intervenor) as stated in the "Technical Termination Statement" attached as Gov't Prod. Req. No. 1, Exhibit 1 to these requests for production.

3. All documents describing the assets of Bulldog Investment Fund LLC allegedly contributed to "a new LLC" according to the "Technical Termination Statement" attached as Gov't Prod. Req. No. 1, Exhibit 1 to these requests for production.

4. All documents identifying "the new and continuing members" of the "new LLC" referred to in the "Technical Termination Statement" attached as Gov't Prod. Req. No. 1, Exhibit 1 to these requests for production.

5. All federal income tax returns, Forms 1040, filed by the plaintiff-intervenor, including amended returns and claims for refund, if any, for taxable years 2001, 2002, 2003, and 2004.

6. All documents containing communications between the plaintiff-intervenor and Chenery Management, Inc. during the years 2000, 2001, 2002, and 2003.

7. All documents identifying, describing, concerning, or referring to the "interest in pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form 1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

8. Copies of each and every loan document comprising the "pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form 1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

9. All documents comprising, describing, or referring to Chinese Loans held at any time in 2001, 2002, or 2003 by Austin Investment Fund other than the "pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form 1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

10. All documents containing financial or tax advice provided plaintiff-intervenor prior to the commencement of this litigation regarding the "interest in pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form 1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

11. All documents containing financial or tax advice provided Bulldog Investment Fund LLC prior to the commencement of this litigation regarding the "interest in pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form

1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

12. All documents containing financial or tax advice provided Austin Investment Fund LLC prior to the commencement of this litigation regarding the "interest in pool of Chinese Loans" identified in the Form 4797 included as part of Austin Investment Fund LLC's Form 1065 return for the taxable year beginning January 1, 2002, and ending November 30, 2002, attached hereto as Gov't Prod. Req. No. 1, Exhibit 2.

13. All documents describing, concerning or relating to the deduction in the amount of $12,343,714 reported on line 11, Schedule K-1, Form 1065, issued by Austin Investment Fund LLC to Bulldog Investment Fund LLC for the taxable year beginning on December 1, 2002, and ending on December 31, 2002, which is attached hereto as Gov't Prod. Req. No. 1, Exhibit 6

If any document that would have been responsive to these document requests no longer exists, please state the following for each such document: the date of destruction, the reason for destruction, and the person(s) responsible for the decision to destroy the document(s) and for the actual destruction of the documents.

Respectfully submitted,

/s/ Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580
Fax (202) 514-9440

RICHARD T. MORRISON
　Acting Assistant Attorney General
DAVID GUSTAFSON
　Chief, Court of Federal Claims Section
STEVEN FRAHM
　Assistant Chief
　Court of Federal Claims Section

/s/ Steven Frahm
Of Counsel

October 5, 2007

## TECHNICAL TERMINATION STATEMENT

### BULLDOG INVESTMENT FUND LLC
### EIN: 13-4227362

Pursuant to IRC Section 708(b)(1)(B) and regulations thereunder, Bulldog Investment Fund LLC terminated on December 20, 2002. On that date, Changchun Holdings LLC (EIN: 65-1163020) sold a 98% interest in the capital and profits of Bulldog Investment Fund LLC to Bruce Elieff (EIN: ███████).

This disposition resulted in the sale or exchange of 50% or more of the total capital and profits of Bulldog Investment Fund LLC within a 12-month period. Pursuant to the regulations under IRC section 708, Bulldog Investment Fund LLC was deemed to contribute its assets to a new LLC and then to distribute the ownership interests in the new LLC to the new and continuing members.

# Form 4797

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
► Attach to your tax return.   ► See separate instructions.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0184
**2002**
27

Name(s) shown on return: AUSTIN INVESTMENT FUND LLC
Identifying number: 94-3405500

1  Enter the gross proceeds from sales or exchanges reported to you for 2002 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions).......... | 1 |

## Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (See instructions.)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3  Gain, if any, from Form 4684, line 39................................................. | 3 |
4  Section 1231 gain from installment sales from Form 6252, line 26 or 37............... | 4 |
5  Section 1231 gain or (loss) from like-kind exchanges from Form 8824................. | 5 |
6  Gain, if any, from line 32, from other than casualty or theft......................... | 6 |

7  Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows.......... | 7 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6, or Form 1120S, Schedule K, line 5. Skip lines 8, 9, 11, and 12 below.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

8  Nonrecaptured net section 1231 losses from prior years (see instructions).......... | 8 |
9  Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions)........... | 9 |

## Part II  Ordinary Gains and Losses

10  Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| INTEREST IN POOL OF CHINESE LOANS | | | | | | |
| | VARIOUS | VARIOUS | 1,490,791. | | 9,427,976. | -7937185. |
| FORMATION COSTS | 12/01/01 | 1/01/02 | 1,000. | 17. | 1,000. | 17. |

11  Loss, if any, from line 7.......................................................... | 11 |
12  Gain, if any, from line 7 or amount from line 8, if applicable....................... | 12 |
13  Gain, if any, from line 31........................................................ | 13 |
14  Net gain or (loss) from Form 4684, lines 31 and 38a............................... | 14 |
15  Ordinary gain from installment sales from Form 6252, line 25 or 36................. | 15 |
16  Ordinary gain or (loss) from like-kind exchanges from Form 8824................... | 16 |
17  Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions)............. | 17 |
18  Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows........... | 18 | -7937168. |
  a  For all except individual returns. Enter the gain or (loss) from line 18 on the return being filed.
  b  For individual returns:
  (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions............................... | 18b(1) |
  (2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14...................................................... | 18b(2) |

AA  For Paperwork Reduction Act Notice, see instructions.

Form **4797** (2002)

FDIZ1001L   08/28/02

Gov't Prod. Req. No. 1
Exhibit 2

| Schedule K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2002 or tax year beginning 12/01, 2002, and ending 12/31, 20 02 | **2002** |

Partner's identifying number ► 13-4227362    Partnership's identifying number ► 94-3405500

Partner's name, address, and ZIP code:
BULLDOG INVESTMENT FUND LLC
%DISTRESSED ASSET CONSULTING LLC
200 S WACKER DR STE 3100
CHICAGO, IL 60606

Partnership's name, address, and ZIP code:
AUSTIN INVESTMENT FUND LLC
% DISTRESSED ASSET CONSULTING LLC
200 S WACKER DR STE 3100
CHICAGO, IL 60606

**A** This partner is a: [ ] general partner  [ ] limited partner  [X] limited liability company member
**B** What type of entity is this partner? ► PARTNERSHIP
**C** Is this partner a [X] domestic or a [ ] foreign partner?
**D** Enter partner's % of:
  (i) Before change or termination  (ii) End of year
  Profit sharing.......... 37.0616%   37.0616%
  Loss sharing........... 37.0616%   37.0616%
  Ownership of capital... 37.0616%   6.2619%
**E** IRS Center where partnership filed return: OGDEN, UT

**F** Partner's share of liabilities (see instructions):
  Nonrecourse............................ $ _____
  Qualified nonrecourse financing......... $ _____
  Other.................................. $ _____
**G** Tax shelter registration number. ► _____
**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2).......... [ ]
**I** Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | | 2,776,713. | | 2,776,713. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | -59,037. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 26. | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable ln of your return |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule)  SEE LINE 25 | 11 | 12,343,714. | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | c Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2002

PTPA0312L  12/27/02

PARTNER 4
Page 1 of 2

Gov't Prod. Req. No. 1
Exhibit 6

Schedule K-1 (Form 1065) 2002  AUSTIN INVESTMENT FUND LLC    94-3405500                                                                                   Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1)  26. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments & tax preference items (attach sch) | 16e | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive | 17d(1) | |
| | (2) Listed categories (attach schedule) | 17d(2) | |
| | (3) General limitation | 17d(3) | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense | 17e(1) | |
| | (2) Other | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive | 17f(1) | |
| | (2) Listed categories (attach schedule) | 17f(2) | |
| | (3) General limitation | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | 17g | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | Form 1116, line 12. |
| **Other** | 18 a Section 59(e)(2) expenditures:  a Type ▶ _____ | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | |
| | 19 Tax-exempt interest income | 19 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | |
| | 23 Distributions of property other than money | 23 | |
| | 24 Recapture of low-income housing credit: | | |
| | a From section 42(j)(5) partnerships | 24a | Form 8611, line 8 |
| | b Other than on line 24a | 24b | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

**LINE 11
OTHER DEDUCTIONS**

ORDINARY LOSS - BAD DEBTS....................................................................... $ 12,343,714.
                                                                                TOTAL   $ 12,343,714.

PTPA0312L  12/27/02

Schedule K-1 (Form 1065) 2002

PARTNER 4:  BULLDOG INVESTMENT FUND LLC    13-4227362

Gov't Prod. Req. No. 1
Exhibit 6

Page 2 of 2

CERTIFICATE OF SERVICE

I certify that service of the foregoing United States' First Request to Plaintiff-Intervenor for Production of Documents has, this 5th day of October, 2007, been made by mailing the original to plaintiff-intervenor's counsel and by mailing a copy to plaintiff's counsel, in postage prepaid envelopes, to the following addresses:

>E.O.C. Ord
>Ord & Norman
>233 Sansome Street, Suite 1111
>San Francisco, CA 94104
>
>Sharyn M. Fisk
>Hochman, Salkin, Rettig,
>   Toscher & Perez, P.C.
>9150 Wilshire Blvd., Suite 300
>Beverly Hills, CA 90212-3414

_____
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6440