ORD & NORMAN
ATTORNEYS AT LAW

OTHER OFFICES
LOS ANGELES

233 SANSOME STREET
SUITE 1111
SAN FRANCISCO, CALIFORNIA 94104-2317

TELEPHONE: (415) 274-3800
FACSIMILE: (415) 274-3838

AFFILIATED OFFICES
ATLANTA
NEW YORK
BASEL, SWITZERLAND
HONG KONG

February 29, 2008

**VIA FEDERAL EXPRESS**

Robert J. Higgins
Trial Attorney
Court of Federal Claims Section
U.S. Department of Justice, Tax Division
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044

RECEIVED
COURT OF FEDERAL CLAIMS
2008 MAR -3 AM 11:19

Re: Austin Investments Fund, LLC, et al v. Bruce Elieff, et al.

Dear Mr. Higgins,

Please find enclosed documents that are responsive to your document production request that we believe have not been produced before and which we were able to recover.

Please note that we have filed a motion for protective order objecting to the production of certain documents that are consistent with the discovery rules, warranted by existing law, and are not based on frivolous arguments.

To the best of our knowledge, information, and belief after a reasonable inquiry we believe currently that the production is correct as of the date of this letter. Also, the 2001 income tax return for Bruce Elieff has not been located at the time of this writing. When the return is located, we will produce the document to your office.

The reason we have asked for extensions is that we needed more time to see if we could locate documents after the move as the relevant files were lost and the Chicago firm's files were destroyed by the Court-appointed trustee and others, including the Tax Matter Partner have refused to cooperate and/or reply with documents. It has been a series of very frustrating exercises.

We believe that there has been more than a diligent search for records.

As to the documents produced by the Tax Matters Partner (TMP), all we received from the TMP's off court law firm in response to your office document production request were two letters addressed to you showing a copy of the letter to our office without any enclosures.

GOVERNMENT EXHIBIT
B

The first letter produced hard copy documents, which we were not provided a copy of. We are writing to inquire if you would be interested in our sharing one half of the copying of the records and any logs that the TMP produced and you would make a clear duplicate set for us. Also, we would not charge your office for the copies of our documents produced.

A CD-R bearing the production number A 001950 was enclosed with the second letter to you. Again, we were not provided with a copy of the disk by the plaintiff. Can we also have a copy of the CD-R?

We cannot seek copies from the Hochman firm because the Hochman firm was not given a copy of the discovery that was sent to you.

Your prompt attention to this inquiry will be appreciated.

Last year, you agreed to a meeting in your office with the undersigned. However, due to my serious, non-recurring illness, I was not able to attend.

I am planning to come to D.C. in early April. It would be appreciated if we could have a meeting at that time. Your prompt attention to this matter will be appreciated.

Sincerely,

EOC Ord

E.O.C. Ord
EOC:rrv

Enclosures

cc: Bruce Elieff (w/o encl.)

T:\Clients\7067\Higgins-07.doc