# Form 1040 U.S. Individual Income Tax Return 2002 (99)

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning , 2002, ending , 20 OMB No. 1545-0074

**Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: BRUCE | Last name: ELIEFF | Your social security number Sec. 6103 [redacted] |
| If a joint return, spouse's first name and initial: KATHY | Last name: ABRAHAMSON | |
| Home address (number and street). If you have a P.O. box, see page 21.: 4507 PERHAM RD | Apt. no. | ▲ Important! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 21.: NEWPORT BEACH, CA 92625 | | |

**Presidential Election Campaign** (See page 21.) ▶ Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: ☐ Yes ☒ No Spouse: ☐ Yes ☒ No

**Filing Status** (Check only one box.)

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 21.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a — No. of boxes checked on 6a and 6b: 2
b ☒ Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see page 22) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than five dependents, see page 22.

No. of your children on 6c who: ● lived with you; ● did not live with you due to divorce or separation (see page 22); Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers on lines above ▶ 2

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | |
| 8a | Taxable interest. Attach Schedule B if required | | 1,119,059. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 698. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 21,750. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | <3,000.> |
| 14 | Other gains or (losses). Attach Form 4797 | | 76,662. |
| 15a | IRA distributions 15a / b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a / b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | <732,195.> |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits 20a / b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 482,974. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | | |
| 24 | IRA deduction (see page 29) | | |
| 25 | Student loan interest deduction (see page 31) | | |
| 26 | Tuition and fees deduction (see page 32) | | |
| 27 | Archer MSA deduction. Attach Form 8853 | | |
| 28 | Moving expenses. Attach Form 3903 | | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 1,537. | |
| 30 | Self-employed health insurance deduction (see page 33) | | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | | |
| 32 | Penalty on early withdrawal of savings | | |
| 33a | Alimony paid b Recipient's SSN ▶ | | |
| 34 | Add lines 23 through 33a | | 1,537. |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | | 481,437. |

210001 10-29-02

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76. Form 1040 (2002)

GOVERNMENT EXHIBIT D

0144

Form 1040 (2002) BRUCE ELIEFF & KATHY ABRAHAMSON [redacted] Sec. 6103 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 36 | Amount from line 35 (adjusted gross income) | 36 | 481,437. |
| 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 37b ☐ | | |
| 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 191,780. |
| 39 | Subtract line 38 from line 36 | 39 | 289,657. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 40 | 0. |
| 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 289,657. |
| 42 | Tax. Check if any tax from: a ☐ Form(s) 8814 b ☐ Form 4972 | 42 | 83,193. |
| 43 | Alternative minimum tax. Attach Form 6251 | 43 | 26,947. |
| 44 | Add lines 42 and 43 ▶ | 44 | 110,140. |
| 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| 48 | Education credits. Attach Form 8863 | 48 | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | |
| 50 | Child tax credit (see page 39) | 50 | |
| 51 | Adoption credit. Attach Form 8839 | 51 | |
| 52 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 52 | |
| 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 53 | |
| 54 | Add lines 45 through 53. These are your total credits | 54 | |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 110,140. |

Standard Deduction for -
- People who checked any box on line 37a or 37b or who can be claimed as a dependent
- All others: Single, $4,700; Head of household, $6,900; Married filing jointly or Qualifying widow(er), $7,850; Married filing separately, $3,925

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 56 | 3,073. |
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 58 | |
| 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| 60 | Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 113,213. |

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | |
| 64 | Earned income credit (EIC) | 64 | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 65 | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| 67 | Amount paid with request for extension to file (see page 56) | 67 | |
| 68 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | |
| 69 | Add lines 62 through 68. These are your total payments ▶ | 69 | |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | | Amount |
|---|---|---|---|
| 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | |
| 71a | Amount of line 70 you want refunded to you ▶ | 71a | |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number | | |
| 72 | Amount of line 70 you want applied to your 2003 estimated tax ▶ | 72 | |

Direct deposit? See page 56 and fill in 71b, 71c, and 71d.

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | 116,996. |
| 74 | Estimated tax penalty (see page 57) | 74 | 3,783. |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 58)? [X] Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 21. Keep a copy for your records.

Your signature | Date | Your occupation: REAL ESTATE | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ▶ [signature] CPA | Date 10/10/03 | Check if self-employed ☐ | Preparer's SSN or PTIN [redacted] Sec. 6103

Firm's name (or yours if self-employed), address, and ZIP code ▶ MOORE STEPHENS WURTH FRAZER & TORBET LLP | EIN 95-4108809

1199 S. FAIRWAY DR. SUITE 200 | Phone no. (909) 594-2713

WALNUT, CA 91789

210002 01-31-03

** INTEREST NOT INCLUDED 2,826.

** PENALTY NOT INCLUDED 3,396.

**** TOTAL DUE 123,218.

0145