AS AMENDED

# Form 1040 U.S. Individual Income Tax Return 2003 (99)

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning , 2003, ending , 20 — OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type. — LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: BRUCE | Last name: ELIEFF | Your social security number: [redacted] |
| If a joint return, spouse's first name and initial: KATHY | Last name: ABRAHAMSON | |
| Home address (number and street). If you have a P.O. box, see page 19.: 4507 PERHAM RD | Apt. no. | ▲ Important! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: NEWPORT BEACH, CA 92625 | | |

**Presidential Election Campaign** (See page 19.) Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: ☐ Yes ☒ No — Spouse: ☐ Yes ☒ No

## Filing Status

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child. (See page 20.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a — No. of boxes checked on 6a and 6b: 2
b ☒ Spouse
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit (see page 21) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 21.

No. of children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 21) Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers on lines above ▶ 2

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 22. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 1,650,343. |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 34,250. |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13a | 1,855,540. |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a — b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities — 16a — b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -1,825,902. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 27) NOL CARRYOVER TO 2003 -15,308,822. | 21 | -15,308,822. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | -13,594,591. |

## Adjusted Gross Income

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | | | |
| 24 | IRA deduction (see page 29) | 24 | | | |
| 25 | Student loan interest deduction (see page 31) | 25 | | | |
| 26 | Tuition and fees deduction (see page 32) | 26 | | | |
| 27 | Moving expenses. Attach Form 3903 | 27 | | | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | 2,420. | | |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | | | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | | | |
| 31 | Penalty on early withdrawal of savings | 31 | | | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | | | |
| 33 | Add lines 23 through 32a | | | 33 | 2,420. |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | | | 34 | -13,597,011. |

GOVERNMENT EXHIBIT F

310001 11-18-03

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77. Form 1040 (2003)

Form 1040 (2003) BRUCE ELIEFF & KATHY ABRAHAMSON Sec. 6103 [redacted] Page 2

**Tax and Credits**

Standard Deduction for -
- People who checked any box on line 36a or 36b or who can be claimed as a dependent
- All others: Single, or Married filing separately, $4,750
- Married filing jointly or Qualifying widow(er), $9,500
- Head of household, $7,000

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | | -13,597,011. |
| 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 36b ☐ | | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 198,723. |
| 38 | Subtract line 37 from line 35 | | -13,795,734. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | | 6,100. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | | 0. |
| 41 | Tax. Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 0. |
| 42 | Alternative minimum tax. Attach Form 6251 | | 10,726. |
| 43 | Add lines 41 and 42 ▶ | | 10,726. |
| 44 | Foreign tax credit. Attach Form 1116 if required | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 47 | Education credits. Attach Form 8863 | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | | |
| 49 | Child tax credit (see page 40) | | |
| 50 | Adoption credit. Attach Form 8839 | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | | |
| 53 | Add lines 44 through 52. These are your total credits | | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | | 10,726. |

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 55 | Self-employment tax. Attach Schedule SE | | 4,839. |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | | |
| 58 | Advance earned income credit payments from Form(s) W-2 | | |
| 59 | Household employment taxes. Attach Schedule H | | |
| 60 | Add lines 54 through 59. This is your total tax ▶ | | 15,565. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | | |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | | |
| 63 | Earned income credit (EIC) | | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | | |
| 65 | Additional child tax credit. Attach Form 8812 | | |
| 66 | Amount paid with request for extension to file (see page 56) | | |
| 67 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | | |
| 68 | Add lines 61 through 67. These are your total payments ▶ | | |

**Refund**

Direct deposit? See page 56 and fill in 70b, 70c, and 70d.

| Line | Description | | Amount |
|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid ▶ | | |
| 70a | Amount of line 69 you want refunded to you | | |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number | | |
| 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ | | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | | 15,967. |
| 73 | Estimated tax penalty (see page 58) | 402. | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? [X] Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: REAL ESTATE | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN Sec. 6103 [redacted]

Firm's name (or yours if self-employed), address, and ZIP code: MOORE STEPHENS WURTH FRAZER & TORBET LLP, 1199 S. FAIRWAY DR. SUITE 200, WALNUT, CA 91789

EIN 95-4108809

Phone no. (909) 594-2713

310002 12-12-03

** INTEREST NOT INCLUDED 354.

** PENALTY NOT INCLUDED 467.

**** TOTAL DUE 16,788