
Bruce Elieff
Distressed Asset Consulting, LLC
Changchun Holdings, LLC
98%
1%
1%
Bulldog Investment Fund LLC
Gator Investment Fund LLC
Koala Investment Fund LLC
Crimson Investment Fund LLC
Ricobene LLC (TMP)
Bengal Investment Fund LLC
Polar Investment Fund LLC
China Orient Asset Mgmt Corp.
Austin Investment Fund LLC