# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: February 6, 2002

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Employer Identification Number: , covering Employer's Quarterly Federal Tax for the period ending September 30, 1992

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

E. M. Washington

E. M. Washington
Chief, Accounting Control/
Services Operations

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EIN/SSN:

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-1992 | RETURN FILED 89141-309-67579-2 199250 | 2,819.10 | | 12-21-1992 |
| 08-19-1992 | SUBSEQUENT PAYMENT | | 939.70 | |
| 09-15-1992 | FEDERAL TAX DEPOSIT | | 939.70 | |
| 11-05-1992 | PAYMENT WITH RETURN | | 939.70 | |
| | FEDERAL TAX DEPOSIT PENALTY 199250 | 187.94 | | 12-21-1992 |
| 07-12-1996 | FEDERAL TAX LIEN | | | |
| 08-05-1996 | FEES AND COLLECTION COSTS | 14.00 | | |
| 09-08-1997 | OFFER IN COMPROMISE PENDING | | | |
| 06-18-1998 | OFFER IN COMPROMISE REJECTED | | | |
| 01-13-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-20-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

EIN/SSN:

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2000 | OVERPAID CREDIT APPLIED<br>941 200006 | | 231.95 | |
| | INTEREST ASSESSED<br>200109 | 30.01 | | 03-12-2001 |
| 01-31-2001 | OVERPAID CREDIT APPLIED<br>940 200012 | | 20.31 | |
| | INTEREST ASSESSED<br>200122 | 20.31 | | 06-11-2001 |
| 12-21-1992 | Statutory Notice of Balance Due | | | |
| 01-25-1993 | Notice of Balance Due | | | |
| 02-22-1993 | Statutory Notice of Intent to Levy | | | |
| 04-05-1993 | Annual Notice of Balance Due | | | |
| 01-30-1995 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

EIN/SSN:

TYPE OF TAX: EMPLOYER'S QUARTERLY FEDERAL TAX RETURN
FORM: 941 TAX PERIOD: SEPT 1992

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: E. M. Washington

PRINT NAME: E. M. Washington

TITLE: Chief, Accounting Control/Services Operations

DELEGATION ORDER: CS/SP – F : 19 (Rev. 10)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 01/31/2002