IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(Judge Thomas C. Wheeler)

AUSTIN INVESTMENT FUND, LLC, by and through its Tax Matters Partner, RICOBENE LLC,

Plaintiff,

and

BRUCE ELIEFF AND KATHY ABRAHAMSON,

Plaintiff-Intervenors,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF EDWARD ORD IN SUPPORT OF REPLY OF ELIEFF AND KATHY ABRAHAMSON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

1. I am E.O.C. Ord, the same person who made the last declaration filed in this case and was dated February 29, 2008.

2. For many years I had the privilege of being a trial attorney in the Tax Division of the Justice Department in Washington, D.C. I defended civil income tax refund cases as part of my duties. Consequently, I am familiar with the procedures and the contents of “administrative files” referred to by the United States in its reply.

3. I conferred with Robert Higgins, Defendants' counsel, in 2007 in a good faith attempt to resolve the matter without resorting to the filing of this motion. Mr. Higgins stated that the Defendants would oppose a motion excluding the legal files created years later. However, Mr. Higgins did agree that Plaintiff-Intervenor ("Elieff") need not produce any document previously provided to the Internal Revenue Service.

4. When the Attorney General of the United States is served with a copy of the civil action tax refund complaint and summons, as in the above-captioned case, the Justice Department sends a form communication to IRS Chief Counsel in Washington, D.C.

5. The communication advises of the filing of the civil action and asks for all of the records and files involving the years in suit and requests that the records/files be sent to the Tax Division before the U.S. is required to answer. In turn, Chief Counsel contacts the auditing agents or other investigative agents and asks them to gather up all of the records and files and then send the entire set of files forward to Chief Counsel in Washington, D.C. This is so Chief Counsel can review all of the files and prepare the all-important, all-controlling detailed defense letter mentioned in paragraph 6 next.

6. The Administrative file comes over to the Tax Division with a letter from Chief Counsel's office which sets out the detailed case history, any reference to crucial documents, discusses relevant case precedents and recommends legal defenses that the U.S. should assert. This letter is referred to as the "defense letter."

7. The administrative files should contain the original, executed, dated income tax returns including the stamped received date, etc. by the Service Center for the year in issues as well as all of the documents with respect to any audit or investigation in the past. The file should contain a Form 4340 entitled "Certificate of Assessment and Payments." The file may contain a

Form 4303. These forms are in plain English and set out information like the date the returns were filed, taxes paid, extensions sought, etc. The Form also shows whether the tax in dispute and any civil penalty has been paid so as to make sure that the plaintiff had meet the sovereign immunity waiver requirement of the payment of the proper amount required by law.

8. Attached as Exhibit "A" is a true and correct copy of Form 4330, which has been redacted to preserve privacy. The form was requested and received from the IRS and is held and maintained in the ordinary course of business. The undersigned is the custodian of records.

9. Sometimes the returns are overlooked. If so, all that the trial attorney assigned to the case needs to do is call Chief Counsel's office and ask for them and have a follow up letter. The same statement applies to the Forms 4330 and 4303.

10. The administrative files includes any audit reports, documents and other information obtain in the audit or investigation.

This declaration is based on personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008.

______________________________

Edward O.C. Ord

T:\Clients\7067\Claims Court\motion - protective order REPLY Decl.doc