# In the United States Court of Federal Claims

No. 06-844T

(Filed: April 4, 2008)

******************************************* *
*
AUSTIN INVESTMENT FUND, LLC, *
by and through its Tax Matters Partner, *
RICOBENE LLC, *
*
Plaintiff, *
*
and *
*
BRUCE ELIEFF AND KATHY ABRAHAMSON, *
*
Plaintiff-Intervenor, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

ORDER

On February 29, 2008, Plaintiff-Intervenor filed with the Court a motion for a protective order to limit the scope of Defendant's first document production request, served on Plaintiff-Intervenor on October 5, 2007. Defendant opposes Plaintiff-Intervenor's motion on the ground that its document request was reasonable and narrowly tailored to elicit the production of documents that are relevant to the transaction at issue in the above-captioned case. Upon consideration of the parties' respective positions, the Court agrees with Defendant, and declines to enter a protective order. Accordingly, Plaintiff-Intervenor's motion is DENIED. Plaintiff-Intervenor shall provide a complete response to Defendant's first document production request in its original form, on a schedule mutually acceptable to the parties.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge