# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**BRUCE ELIEFF AND KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | **DOCKET NO. 06-844T**<br>**JUDGE THOMAS C. WHEELER**<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER** |

COMES NOW, Edward M. Robbins, Jr. and Sharyn M. Fisk (collectively referred to as "Plaintiff's Counsel"), counsel of record for Plaintiff Austin Investment Fund, LLC and respectfully move the Court for leave to withdraw as counsel. For ease of reference, hereinafter Plaintiff Austin Investment Fund, LLC is referred to as "Plaintiff" or "LLC."

IN SUPPORT THEREOF, Plaintiff's counsel respectfully shows unto the Court:

1. Plaintiff's Counsel believes that there are conflicts of interest.

2. Plaintiff's Counsel represented Bruce Elieff and Kathy Abrahamson ("Plaintiff-Intervenor") with respect to an Internal Revenue Service ("IRS") examination

involving the same transaction that is the subject of this case.

3. Plaintiff's Counsel has not entered into any retainer agreement with Plaintiff-Intervenor for services other than the completed IRS examination.

4. Plaintiff-Intervenor's Motion to Intervene Pursuant to Rule 24(b) asserted that there is a conflict of interest between Plaintiff-Intervenor and Ricobene, LLC, the tax matters partner ("TMP") of Plaintiff.

5. Pursuant to the Notice of Final Partnership Administrative Adjustment, the LLC has one foreign partner and seven U.S. partners, including the TMP. Plaintiff's Counsel has asked counsel for other partners about the status of their clients' cases and has been told that, of the U.S. partners (excluding Plaintiff), four partners have settled the issues relating to the LLC with the IRS, one partner is currently in settlement discussions with the IRS and is expected to enter into a settlement, and the remaining partner is Plaintiff-Intervenor.

6. Due to the short period of time remaining in which to file, Plaintiff's TMP authorized Plaintiff's Counsel to file a Complaint before the Court to protect the interests of Plaintiff's partners at the request of one of Plaintiff's partners.

7. Although authorized to file the Complaint, Plaintiff's Counsel has no written retainer or agreement with Plaintiff nor does Counsel expect to be retained.

8. The TMP of Plaintiff has advised Plaintiff's Counsel that the TMP does not want to incur fees or obtain services in the future from Plaintiff's Counsel.

9. Notice has been give to Plaintiff, Plaintiff-Intervenor's counsel, E.O.C. Ord, and to Defendant's counsel, Robert J. Higgins.

10. Plaintiff has no objection to the relief requested in this Motion.

11. Plaintiff-Intervenor's counsel objects to this Motion.

12. The United States takes no position on this motion but notes that RCFC 83.1(c)(8) provides that a corporation must be represented by an attorney.

13. As stated in Plaintiff-Intervenor's Motion to Intervene Pursuant to Rule 24(b), Plaintiff-Intervenor is at least one principal-party-in-interest in this case. Plaintiff's Counsel is not aware of any other persons affected by this action.

14. Plaintiff-Intervenor is represented by counsel.

15. Plaintiff-Intervenor's counsel has already entered an appearance as to Plaintiff-Intervenor so that at least one principal-party-in-interest will be represented on a continuous basis.

16. The granting of this Motion will not result in any delay as Plaintiff-Intervenor has counsel of record in this matter.

WHEREFORE, it is prayed that this Motion be granted.

DATED: June 18, 2008

Respectfully submitted,

/S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR.

/S/ SHARYN M. FISK

SHARYN M. FISK

HOCHMAN, SALKIN, RETTIG, TOSCHER
& PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Tel: (310) 281-3200
Fax: (310) 859-1430

Counsel for Plaintiff

275512.1

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On June 18, 2008, I served the foregoing document described as **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER** addressed as follows:

Robert J. Higgins
U.S. Department of Justice
Tax Division, Claims Court Section
P. O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: robert.j.higgins@usdoj.gov

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104

X **(BY ELECTRONIC MAIL)** I caused to be delivered by email to the email address(es) of the interested parties noted above.

X **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2008, at Beverly Hills, California.

/S/JESSICA CRENSHAW
JESSICA CRENSHAW