**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC, RICOBENE LLC, TAX MATTERS PARTNER,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**BRUCE ELIEFF AND KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | **DOCKET NO. 06-844T** |

**[PROPOSED] ORDER**

Motion for Leave to Withdraw As Counsel of Record is hereby:

☐ GRANTED ☐ DENIED

Dated: ___________, 2008

_______________________________________
Honorable Judge
U.S. Court of Federal Claims Judge

280458.1