IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(E-Filed: July 3, 2008)

| | |
|---|---|
| AUSTIN INVESTMENT FUND, LLC,<br>RICOBENE LLC, TAX MATTERS PARTNER<br><br>Plaintiff,<br><br>and<br><br>BRUCE ELIEFF AND KATHY ABRAHAMSON,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-844 T<br><br>Judge Thomas C. Wheeler |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Austin Investment Fund, LLC, pursuant to RCFC 83.1(c)(4), moves to substitute counsel of record in the above-captioned case.

In support thereof, Plaintiff respectfully states as follows:

Plaintiff's counsel of record, Edward M. Robbins, Jr. and Sharyn M. Fisk of Hochman, Salkin, Rettig Toscher & Perez, P.C., have requested leave to withdraw from representation of plaintiff in the above-captioned case.

Plaintiff has engaged the attorney listed below to serve as its counsel of record in this proceeding:

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE

Atlanta, GA 30309
Phone: 404.853.8075
Fax: 404.853.8806
Email: tom.cullinan@sutherland.com

Plaintiff's counsel of record does not object to being substituted as counsel of record by the above-listed attorney.

WHEREFORE, plaintiff respectfully requests that this motion be granted.

Respectfully submitted this 3rd day of July, 2008.

s/ Thomas A. Cullinan
THOMAS A. CULLINAN
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309

404.853.8000 telephone
404.853.8806 facsimile
Email: tom.cullinan@sutherland.com

Of Counsel:

Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
404.853.8000 telephone
404.853.8806 facsimile

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Motion for Substitution of Counsel has been made on July 3, 2008 via the Court's CM/ECF system to:

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104

Robert J. Higgins
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

s/ Thomas A. Cullinan
THOMAS A. CULLINAN