IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-844 T
(E-Filed: July 3, 2008)

| | |
|---|---|
| AUSTIN INVESTMENT FUND, LLC,<br>RICOBENE LLC, TAX MATTERS PARTNER<br><br>Plaintiff,<br><br>and<br><br>BRUCE ELIEFF AND KATHY ABRAHAMSON,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-844 T<br><br>Judge Thomas C. Wheeler |

## AFFIDAVIT OF THOMAS A. CULLINAN

I, Thomas A. Cullinan, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I have been engaged to represent plaintiff in the above-entitled case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 3rd day of July 2008.

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309
T: 404-853-8075
F: 404-853-8806

Teri Evans
NOTARY
07.03.08

TERI EVANS
NOTARY
PUBLIC
Exp. June 01, 2012
GWINNETT COUNTY, GA

7956164.1