# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,<br>RICOBENE LLC,<br>TAX MATTERS PARTNER,** | |
| **Plaintiff,** | **DOCKET NO. 06-844T<br>JUDGE THOMAS C. WHEELER** |
| **and** | |
| **BRUCE ELIEFF AND KATHY ABRAHAMSON,** | **PLAINTIFF'S COUNSEL'S REPLY TO PLAINTIFF-INTERVENOR'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FILED BY PLAINTIFF'S COUNSEL** |
| **Plaintiff-Intervenor,** | |
| **v.** | |
| **UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE,** | |
| **Defendants.** | |

Counsel for Plaintiff, Edward M. Robbins, Jr. and Sharyn M. Fisk (collectively referred to as "Plaintiff's Counsel"), hereby Replies to Plaintiff-Intervenor's Opposition to Motion for Leave to Withdraw as Counsel Filed by Plaintiff's Counsel. For ease of reference, hereinafter Plaintiff Austin Investment Fund, LLC is referred to as "Plaintiff" or "LLC."

Certain points raised in Plaintiff-Intervenor's opposition to Plaintiff's Counsel's motion for leave to withdraw as counsel require a response, and this reply is directed to that end. Otherwise, Plaintiff's Counsel relies on their Motion for Leave to Withdraw as Counsel that more fully sets forth their position.

/ / /

**I. PLAINTIFF-INTERVENOR'S OBJECTION TO THE LLC'S CHOICE OF REPLACEMENT COUNSEL IS NOT RELEVANT TO PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW.**

Plaintiff-Intervenor's objection to the LLC's choice and engagement of replacement counsel is not relevant to Plaintiff's Counsel's requested leave to withdraw from representation of the LLC. In their Motion for Leave to Withdraw as Counsel, Plaintiff's Counsel did not identify nor designate replacement counsel. Plaintiff-Intervenor's opposition to the LLC's new counsel should be addressed with respect to Plaintiff's Motion for Substitution of Counsel.

**II. PLAINTIFF-INTERVENOR HAS NOT STATED ANY REAL PREJUDICE.**

Plaintiff-Intervenor's opposition to Plaintiff's Counsel's requested leave to withdraw from representation does not state that Plaintiff's Counsel's withdrawal will result in any prejudice to Plaintiff or Plaintiff-Intervenor. Plaintiff's Counsel is not aware of any other persons affected by this action. Plaintiff-Intervenor's counsel has already entered an appearance as to Plaintiff-Intervenor. Plaintiff has retained new counsel to represent it in this matter and Plaintiff's new counsel has filed a Motion to Substitution of Counsel with the Court. Thus, the principal-parties-in-interest will be represented on a continuous basis in this matter.

**III. PLAINTIFF-INTERVENOR HAS NOT STATED ANY REAL HARM.**

Plaintiff-Intervenor's opposition to Plaintiff's Counsel's motion for leave to withdraw as counsel does not state any harm Plaintiff's Counsel's withdrawal might cause to the administration of justice. As noted above, Plaintiff-Intervenor is at least one principal-party-in-interest in this case, Plaintiff-Intervenor is represented by counsel, and Plaintiff-Intervenor's counsel has already entered an appearance as to Plaintiff-Intervenor. Further, Plaintiff has retained new counsel to represent it in this matter and Plaintiff's new counsel has filed a Motion to Substitution

of Counsel with the Court. Accordingly, the principal-parties-in-interest will be represented on a continuous basis in this matter.

**IV. PLAINTIFF-INTERVENOR HAS NOT STATED ANY REAL DELAY.**

Plaintiff-Intervenor's opposition to Plaintiff's Counsel's motion for leave to withdraw as counsel does not state any real delay. The case is not currently calendared for trial and discovery does not close until April 1, 2009. Plaintiff's Counsel has been informed that the LLC's new counsel is currently working on a response to Plaintiff-Intervenor's discovery requests. Thus, Plaintiff's Counsel's requested leave to withdraw from representation of the LLC will not result in any real delay.

**V. CONCLUSION**

Plaintiff's Counsel's motion should be granted.

DATED: July 21, 2008

Respectfully submitted,

/S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR.

/S/ SHARYN M. FISK
SHARYN M. FISK

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Tel: (310) 281-3200
Fax: (310) 859-1430

Counsel for Plaintiff

Opp.2 Mtn.wpd

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On July 21, 2008, I served the foregoing document described as **PLAINTIFF'S COUNSEL'S REPLY TO PLAINTIFF-INTERVENOR'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FILED BY PLAINTIFF'S COUNSEL** addressed as follows:

Robert J. Higgins
U.S. Department of Justice
Tax Division, Claims Court Section
P. O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: robert.j.higgins@usdoj.gov

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104

__X__ **(BY ELECTRONIC MAIL)** I caused to be delivered by email to the email address(es) of the interested parties noted above.

__X__ **(BY U.S. MAIL)** I caused such envelope(s) to be deposited in the United States mail at Beverly Hills, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2008, at Beverly Hills, California.

/S/JESSICA CRENSHAW
JESSICA CRENSHAW

Opp.2 Mtn.wpd