# In the United States Court of Federal Claims

No. 06-844T

(Filed: July 22, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| AUSTIN INVESTMENT FUND, LLC, | * |
| by and through its Tax Matters Partner, | * |
| RICOBENE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| and | * |
| | * |
| BRUCE ELIEFF AND KATHY ABRAHAMSON, | * |
| | * |
| Plaintiff-Intervenor, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On June 18, 2008, Edward M. Robbins, Jr. and Sharyn M. Fisk of the law firm of Hochman, Salkin, Rettig, Toscher & Perez, PC, Beverly Hills, California, moved to withdraw as counsel of record for Plaintiff Austin Investment Fund, LLC. As grounds for their motion, Mr. Robbins and Ms. Fisk refer to conflicts of interest that exist from prior representation of Plaintiff-Intervenors, Bruce Elieff and Kathy Abrahamson. The motion also states that Mr. Robbins and Ms. Fisk have no written retainer agreement with Plaintiff, and that the Tax Matters Partner, Ricobene LLC, does not want the services of present counsel. Plaintiff Austin Investment Fund does not object to the requested withdrawal. Defendant has taken no position in this matter, except to note that an entity such as Plaintiff must be represented by an attorney in this Court. See RCFC 83.1(c)(8).

On July 3, 2008, Plaintiff moved to substitute Thomas A. Cullinan, Sutherland Asbill & Brennan LLP, Atlanta, Georgia, as its new counsel of record. The motion states that Mr. Robbins and Ms. Fisk do not object to the proposed substitution. Plaintiff-Intervenors oppose the motion to withdraw and the motion to substitute, and refer to a need to take depositions of Mr. Cullinan and

others relating to alleged conflicts of interest. At this stage, no depositions have been noticed, and the Court cannot determine whether any conflict of interest allegations will be relevant to the outcome of the case.

Accordingly, for good cause shown, and without objection from Plaintiff, the motion of Mr. Robbins and Ms. Fisk to withdraw as counsel of record, and the motion of Mr. Cullinan to substitute as new counsel of record, are GRANTED. The Clerk of the Court shall enter the appearance of Mr. Cullinan as Plaintiff's counsel with the following contact information:

Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 853-8075
Fax: (404) 853-8806
E-mail: tom.cullinan@sutherland.com

To the extent that Plaintiff-Intervenors' opposition constitutes a request to take one or more depositions relating to alleged conflict of interest issues, such request is DENIED without prejudice, subject to the proper use of the Court's procedures relating to notice and taking of depositions. See RCFC 26-37.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge