**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**and**<br><br>**BRUCE ELIEFF AND**<br>**KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenors,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | Docket No. 06-844T |

**PLATINIFF-INTERVENORS' MOTION**
**<u>TO EXTEND THE EXISTING DISCOVERY DEADLINES</u>**

PLAINTIFF-INTERVENORS BRUCE ELIEFF and separately KATHY ABRHAMSON (collectively "ELIEFF") move this Court for an order extending the current deadlines in the Court's Amended Scheduling Order of February 5, 2008 for seven (7) additional months.

As grounds ELIEFF states:

1. The very lengthy illness of counsel.

2. The change in counsel of the Tax Matters Partner ("TMP") and prior requested and given extensions of time to the TMP, including to comply with ELIEFF's discovery requests.

3. The complex discovery issues that have resulted among the parties.

4. The UNITED STATES' counsel has stated in a letter dated June 16, 2008 in response to ELIEFF's discovery request that it had not yet received certain administrative files from the Internal Revenue Service ("IRS") and so the UNITD STATES could not provide information and/or documents responsive to the discovery request that may be contained in those files.

5. Separately, there are very large disputes between the UNITED STATES and ELIEFF which are in the meet and confer stage.

6. The UNITED STATES needs and was granted time to await files from the IRS and to prepare and supply privilege logs to support currently extensive blanket assertions of privilege that have been asserted by the UNITED STATES in objections in response to ELIEFF's discovery.

7. The UNITED STATES has asked again for more time from ELIEFF.

8. ELIEFF wishes to grant the UNITED STATES more time. However, the discovery deadlines will run out soon and ELIEFF will be prejudiced by granting more time to the UNITED STATES without the requested extension of discovery deadlines.

9. Until UNITED STATES obtains the needed files for discovery production and provides the details of the raft of the asserted privileges via extensive privilege logs, motions to compel will have been filed and decided and there is full production, ELIEFF will not know which IRS officials and the many lines of inquiry to make in the later stages of discovery.

10. ELIEFF will be severely prejudiced by the Court not extending the deadlines by seven (7) months. ELIEFF is currently hamstrung by the necessity of the UNITED STATES needing additional time so files can be transferred to government counsel and to allow time for adequate privileges logs to be provided.

11. The UNITED STATES allowed time to ELIEFF to provide his privilege logs as well in the past, and ELIEFF wishes to give the UNITED STATES more time as well.

12. The UNITED STATES has agreed to the court extending the deadline by an additional seven (7) months.

13. Discovery was served on the Tax Matters Partner ("TMP"). The TMP has requested an extension to respond and this extension was granted. Likewise, to file any necessary motion to compel.

14. Under the existing discovery cut-off deadlines, ELIEFF cannot obtain the facts and documents to determine the exact number of depositions, the persons from whom deposition testimony will be needed, and to be able to prepare for deposition.

WHEREFORE, ELIEFF requests the Court to sign the proffered proposed order extending the deadline by seven (7) months.

This motion is made with personal knowledge and under penalty of perjury for the purposes of the United States Code.

Dated: August 25, 2008

Respectfully Submitted,

/s/ E.O.C. Ord

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
(415) 274-3800
Counsels for Elieff

T:\Clients\7067\Claims Court\motion to extend discovery deadline.doc