**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**and**<br><br>**BRUCE ELIEFF AND**<br>**KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenors,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 06-844T |

**[PROPOSED] ORDER GRANTING PLATINIFF-INTERVENORS' MOTION TO EXTEND THE EXISTING DISCOVERY DEADLINES**

On August 25, 2008, Plaintiff-Intervenors filed with the Court an unopposed motion to extend the discovery deadline in this case, by seven months. For good cause shown, Plaintiff-Intervenors' motion is GRANTED. Accordingly:

1. Fact discovery shall close on May 1, 2009;
2. Plaintiff shall disclose the identity of its expert witness and their expert reports by June 3, 2009;
3. Defendant shall depose Plaintiff's expert witnesses by July 1, 2009;
4. Defendant shall disclose the identity of its expert witnesses and their expert reports by August 3, 2009;

5. Plaintiff shall depose Defendant's expert witnesses by September 2, 2009;

6. Plaintiff and Defendant shall disclose their rebuttal expert reports, if any, by October 2, 2009;

7. Plaintiff and Defendant shall depose the opposing party's rebuttal expert witnesses, if any, by October 16, 2009; and

8. All discovery shall close on November 1, 2009.

IT IS SO ORDERED.

__________________________
THOMAS C. WHEELER
Judge

T:\Clients\7067\Claims Court\motion to extend discovery deadline proposed order.doc