# In the United States Court of Federal Claims

No. 06-844T

(Filed: August 28, 2008)

****************************************** *
*
AUSTIN INVESTMENT FUND, LLC, *
by and through its Tax Matters Partner, *
RICOBENE LLC, *
*
Plaintiff, *
*
and *
*
BRUCE ELIEFF AND KATHY ABRAHAMSON, *
*
Plaintiff-Intervenor, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

SECOND AMENDED SCHEDULING ORDER

On August 26, 2008, Plaintiff-Intervenor filed with the Court an unopposed motion to extend the discovery deadline in this case, by seven months. For good cause shown, Plaintiff-Intervenor's motion is GRANTED IN PART. All discovery deadlines set forth in the Court's Amended Scheduling Order, issued on February 5, 2008, shall be extended by four months. Accordingly:

1. Fact discovery shall close on February 2, 2009;

2. Plaintiff shall disclose the identity of its expert witnesses and their expert reports by March 3, 2009;

3. Defendant shall depose Plaintiff's expert witnesses by April 1, 2009;

4. Defendant shall disclose the identity of its expert witnesses and their expert reports by May 4, 2009;

5. Plaintiff shall depose Defendant's expert witnesses by June 2, 2009;

6. Plaintiff and Defendant shall disclose their rebuttal expert reports, if any, by July 2, 2009;

7. Plaintiff and Defendant shall depose the opposing party's rebuttal expert witnesses, if any, by July 16, 2009;

8. All discovery shall close on July 31, 2009.

In addition, the Court's September 14, 2007 Order granting Plaintiff-Intervor's motion to intervene applied to Bruce Elieff and Kathy Abrahamson as a single party. Accordingly, Plaintiff-Intervenor may participate in discovery as a single party. Mr. Elieff and Ms. Abrahamson may not propound discovery requests separately, and they are not required to respond to discovery requests served upon them separately, except to the extent that they may be deposed in their individual capacity.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge