**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,** <br> **RICOBENE LLC,** <br> **TAX MATTERS PARTNER,** <br><br> **Complainant,** <br><br> v. <br><br> **UNITED STATES OF AMERICA and** <br> **The INTERNAL REVENUE SERVICE,** <br><br> **Defendants.** | ) | Docket No. 06-844T |

**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER EXTENDING THE DISCOVERY DEADLINES AND RULING THAT THE ELIEFFS ARE ONE PARTY**

Bruce Elieff and Kathy Abrahamson (hereafter "Elieffs", move the Court for reconsideration of the discovery extensions and the ruling of that the Elieffs are one party and are limited to fifteen interrogatories.

As grounds, the Plaintiff-Intervenor asserts:

1. The notice of electronic filing of the United States' response to Plaintiff-Intervenor's motion to extend discovery deadlines received from the Court and the docket sheet indicate that Plaintiff-Intervenor had until September 8, 2008 to reply to the United States' response.
2. Subsequently, the Court ruled before the Elieffs could reply to the response of the United States. The Court is required to give Elieff an opportunity to be heard before ruling even if the Court does not believe the Elieff will prevail.
3. The response of the United States contained inadmissible testimony that the Court should not have considered in making its premature ruling.

4. The United States sought to have a ruling on a motion to compel that has not even been filed with respect to discovery.
5. The Elieffs need the extra time and will be severely prejudiced by the existing extension of time. The Court deadline results in fundamental unfairness to Elieffs.
6. The United States agreed to the seven month extension.
7. There is controlling authority that the Elieffs are two parties and not one party for intervention and discovery purpose.
8. The declaration of Edward Ord and Exhibits.
9. The declaration of Kathy Abrahamson.
10. The Memorandum of Points and Authorities.

WHERETOFORE, the Plaintiff-Intervenor requests the Court to reconsider the motion to extend the discovery deadlines and grant the full seven months, and withdraw its ruling that the Elieffs are one party and not two parties and the United States is not required to answer the discovery propounded by Kathy Abrahamson.

Dated: September 8, 2008

Respectfully Submitted,

_/s/ E.O.C. Ord_______

E.O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
(415) 274-3800
Counsels for Elieff

T:\Clients\7067\Claims Court\motion for reconsideration.doc