**U.S. Department of Justice**

**Tax Division**

*Please reply to: Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-9440*
*Trial Attorney: Robert J. Higgins*
*Attorney's Direct Line: (202) 307-6580*

JAD:DG:SF:RJH
154-2545
CMN 2007100902

June 16, 2008

Mr. Edward Ord, Esq.
Ord & Norman
233 Sansome Street
Suite 111
San Francisco, CA 94104

RE: Austin Investments Fund, LLC, et al. v. United States
Fed. Cl. No. 06-844 T

Dear Mr. Ord:

Enclosed are defendant's responses to *Plaintiff-Intervenor's First Set of Interrogatories to Defendant,* and *Plaintiff-Intervenor's First Request to Defendant for Production of Documents,* each of which were served on our office on May 15, 2008. Note that the United States objects to *Kathy Abrahamson's First Set of Interrogatories to Defendant*, which was served on our office on the same date. The Court's order of September 14, 2007, granted the motion of Bruce Elieff *and* Kathy Abrahamson (collectively "Elieff") to intervene in this action. The order further provided that they should be referred to as "Plaintiff-Intervenor," *i.e.* as a single party. The Court's order followed the structure and format of plaintiff-intervenor's own motion. There is no basis for treating Bruce Elieff and Kathy Abrahamson as separate parties to this action. They filed joint federal income tax returns for the years at issue in this case, and are a single party here, per their own request. Therefore, plaintiff-intervenor is limited to 25 interrogatories unless otherwise authorized by RCFC 33(a). The United States has not agreed by stipulation to more than 25 interrogatories from plaintiff-intervenor, nor has the Court allowed additional interrogatories. The United States' responses are thus limited to the 25 interrogatories submitted by Bruce Elieff and not those submitted by Kathy Abrahamson.

We are limited by 26 U.S.C. § 6103 in responding to discovery requests that inquire about taxpayers other than plaintiff-intervenor. The United States further reserves all privileges regarding the Government's deliberative process, attorney-client communications, and attorney work-product. Our objections and assertions of privilege are noted in our responses where appropriate. An affidavit asserting privilege is being produced by the IRS. The affidavit, and a corresponding privilege log, will be sent to your office when they are received.

Consistent with RCFC 26(e), the United States will supplement its responses with additional information and documents as materials become available. Defendant has been advised by the IRS that an independent administrative file was created for Bulldog Investment Fund, LLC. As of the date of defendant's discovery responses, the administrative file for Bulldog Investment Fund, LLC had not been received by our office. When defendant receives the files, we will produce any additional responsive documents that are found to exist. We are also informed that many of the documents in the Bulldog Investment Fund, LLC administrative file have already been produced to your office by the IRS. Thus, it is likely that you are already in possession of some of the materials that were the subject of your discovery requests.

Please call Jeff Malo at (202) 305-7539 if you have questions, or need additional information regarding any of the above.

Sincerely,

Robert J. Higgins

Enclosures:

1. United State's Response to Plaintiff-Intervenor's First Set of Interrogatories
2. United State's Response to Plaintiff-Intervenor's First Request for Production of Documents