# UNITED STATES' PRIVILEGE LOG
# (RCFC 26(b)(5)(A))– August 22,2008

| | Description of Document | Reason Withheld |
|---|---|---|
| 1. | Forms 1040 for Philip and Mary Groves, 2002 and 2003 | § 6103 |
| 2. | IRS transcript for Groves, 2002 | § 6103 |
| 3. | Forms 1065 Ricobene, 2001, 2002, 2003 | § 6103 |
| 4. | Forms 1065 for Bengal, 2002, 2003, and 2004 | § 6103 |
| 5. | Forms 1065 for Crimson, 2002 and 2003 | § 6103 |
| 6. | Forms 1065 for Gator, 2002 | § 6103 |
| 7. | Forms 1065 for Koala, 2002 and 2003 | § 6103 |
| 8. | Form 906 for one member of Koala, 2002 and 2003 | § 6103 |
| 9. | Forms 1065 for Polar, 2002, 2003, and 2004 | § 6103 |
| 10. | Forms 1065, Distressed Asset Consulting, 2002 and 2003 | § 6103 |