**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**and**<br><br>**BRUCE ELIEFF AND**<br>**KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | Docket No. 06-844T |

**DECLARATION OF BRUCE ELIEFF IN SUPPORT OF**
**PLAINTIFF-INTERVENOR'S MOTION FOR RECONSIDERATION**

I, BRUCE ELIEFF, the above named party, do hereby declare and state

1. I am the spouse of Kathy Abrahamson ("Abrahamson") and one of the two individuals designated by the Court as "Plaintiff-Intervenor." I am familiar with Abrahamson's ownership rights in Bulldog Investment Fund LLC ("Bulldog") and Austin Investment Fund LLC ("Austin").

2. I filed joint income returns with Abrahamson for the tax years 2002, 2003, and 2004.

3. Abrahamson did not own any interest in Bulldog Investment Fund LLC ("Bulldog") directly or Austin Investment Fund LLC ("Austin") indirectly through Bulldog. The direct interest in Bulldog and indirectly interest in Austin are owned by myself only.

4. However, her income tax liability is determined in whole or in part by taking into account directly or indirectly the partnership items of Bulldog and Austin.

I declare based on personal knowledge under penalty of perjury of the U.S. Code that the foregoing is true and correct.

Executed on September 8, 2008.

_/s/ Bruce Elieff_______________
BRUCE ELIEFF

T:\Clients\7067\Claims Court\Motion for Reconsideration - Elieff Decl.doc