# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**and**<br><br>**BRUCE ELIEFF AND**<br>**KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | Docket No. 06-844T |

## [PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR'S MOTION FOR RECONSIDERATION

IT IS ORDERED THAT:

Plaintiff-Intervenor's Motion For Reconsideration is hereby granted as follows:

1. The discovery deadline shall be extended by seven months.

2. Bruce Elieff and Kathy Abrahamson shall be treated as separate parties to this action and shall have the right to participate separately in this action.

Dated: _____________, 2008

_____________________________
THOMAS C. WHEELER
JUDGE, U.S. COURT OF FEDERAL CLAIMS