# In the United States Court of Federal Claims

No. 06-844T

(Filed: September 10, 2008)

```
*************************************** *
                                        *
AUSTIN INVESTMENT FUND, LLC,            *
by and through its Tax Matters Partner, *
RICOBENE LLC,                           *
                                        *
                     Plaintiff,         *
                                        *
and                                     *
                                        *
BRUCE ELIEFF AND KATHY ABRAHAMSON       *
("ELIEFF"),                             *
                                        *
               Plaintiff-Intervenor,    *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

ORDER

On September 8, 2008, Plaintiff-Intervenor filed with the Court a motion for reconsideration of the Court's August 28, 2008 Order extending the discovery deadlines and ruling that Bruce Elieff and Kathy Abrahamson should be treated as a single party. Pursuant to Rule 59(b) of this Court's rules, the Court hereby requests Defendant to submit a response to Plaintiff-Intervenor's motion on or before September 22, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge