IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>v.<br><br>**UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | ) | Docket No. 06-844T |

**DECLARATION OF BRUCE ELIEFF IN SUPPORT OF THE PLAINTIFF-INTERVENOR'S MOTION TO REMAND THE FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT TO THE INTERNAL REVENUE SERVICE FOR A REWRITING TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES ACT**

I, Bruce Elieff, declare that:

1. I am one of the two individuals designated as "Plaintiff-Intervenor" by the Court in the above-captioned civil action.

2. I requested through my representatives that an adverse Final Partnership Administrative Adjustment ("FPAA") should not be issued.

3. I also indicated through my representatives to the IRS during its investigation that:

   a. I did not believe that any disallowance of the claimed losses were in order;

   b. civil penalties that were imposed should be abated or not be imposed; and

   c. explanations for the adverse determinations in the FPAA should be provided.

4. I never received any of the requested explanations from the IRS.

5. The above-mentioned also occurred during the time the IRS was pressing my wife and I to sign a settlement agreement.

6. The IRS demanded that we sign the proposed settlement document containing a confession of civil penalty conduct as part of the settlement document.

7. The IRS threatened to impose even greater penalties if we did not sign.

8. With all due respect, I do not believe it is too much when one is being told to pay millions of dollars in income taxes, interest, and civil penalties to ask for detailed explanations, and to receive the explanations.

9. I believe these explanations should include why the IRS was and continues to seek the imposition of civil penalties instead of abating the civil penalties as requested.

10. This declaration is made based on personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2008

Respectfully Submitted,

____________________________

BRUCE ELIEFF

T:\Clients\7067\Claims Court\motion for order to return to IRS MPA Declaration ELIEFF.doc