**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AUSTIN INVESTMENT FUND, LLC,<br>RICOBENE LLC,<br>TAX MATTERS PARTNER,** | ) | |
| **Complainant,** | ) | Docket No. 06-844T |
| v. | ) | |
| **UNITED STATES OF AMERICA and<br>the INTERNAL REVENUE SERVICE,** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF EDWARD ORD IN SUPPORT OF THE ELIEFFS' MOTION TO REMAND THE FPAA TO THE INTERNAL REVENUE SERVICE FOR A REWRITING TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES ACT**

I, Edward O.C. Ord, declare that:

1. I am the counsel of Bruce Elieff and Kathy Abrahamson (collectively "the Elieffs")in this civil action.

2. I am the same Edward O.C. Ord who has filed declarations in this case in this Court in the past.

3. Attached as Exhibit A is a true and correct copy of the Statutory Notice of Deficiency that was at issue in the case of Fisher v. Commissioner for Internal Revenue, 45 F.3d 396 (10th Cir. 1995) discussed in the Memorandum of Points and Authorities in support of the above-referenced motion.

4. This notice is attached to a true and correct copy of the petition that was filed in the U.S. Tax Court for *de novo* judicial review. This document is on file with the Clerk of the U.S. Tax Court in Washington D.C.

5. We request that this Court take judicial notice of the petition and the attached Statutory Notice of Deficiency.

6. This copy of the petition and the attached Statutory Notice of Deficiency were obtained from the United States Tax Court at my personal direction. The Statutory Notice of Deficiency is a business record that is maintained as part of the records of this firm in the ordinary court of business. I am the custodian of records for the firm.

7. The Elieffs and related entities had opposed the adverse determinations in the FPAA and requested that the adverse FPAA not be issued, including the disallowance of losses and the imposition of any penalties.

8. The Elieffs and related entities requested the IRS to provide explanations for the adverse determinations in the FPAA during the investigation.

9. The IRS refused to provide the requested explanations.

10. The IRS demanded that the Elieffs sign the proposed settlement document containing a confession of penalty conduct and the imposition of some penalties.

11. The IRS refused requests by the Elieffs and related entities not to disallow the claimed losses nor impose penalties and for explanations of its position. Instead the IRS threatened to impose even greater penalties if the Elieffs did not sign.

12. This declaration is made based on personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2008 Respectfully Submitted,

__/s/ E.O.C. Ord_____________
E.O.C. Ord

Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
(415) 274-3800
Counsels for Elieff

T:\Clients\7067\Claims Court\motion for order to return to IRS MPA Declaration ORD.doc