**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AUSTIN INVESTMENT FUND, LLC,**<br>**RICOBENE LLC,**<br>**TAX MATTERS PARTNER,**<br><br>**Complainant,**<br><br>**and**<br><br>**BRUCE ELIEFF AND**<br>**KATHY ABRAHAMSON,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA and**<br>**the INTERNAL REVENUE SERVICE,**<br><br>**Defendants.** | Docket No. 06-844T |

**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR'S MOTION FOR AN ORDER COMPELLING THE RETURN OF THE NOTICE OF THE FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT TO THE INTERNAL REVENUE SERVICE FOR REWRITING IN COMPLIANCE WITH THE ADMINISTRATIVE PROCEDURES ACT**

IT IS ORDERED THAT:

Plaintiff-Intervenor's Motion For An Order compelling the Notice of Final Partnership Administrative Adjustment to the Internal Revenue Service For Rewriting In Compliance With the Administrative Procedures Act is hereby granted. The Internal Revenue Service shall rewrite the FPAA in compliance with the APA by providing the factual basis and explanations of its determinations in the FPAA.

Dated: ____________, 2008

____________________________
THOMAS C. WHEELER
JUDGE, U.S. COURT OF FEDERAL CLAIMS